Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire, #249825
Melissa Vermillion, Esquire #241354
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
C.179-1544
Attorneys for Objecting Secured Creditor CarMax Auto Finance

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 10-14159-AJ-13 |
| LEE ALAN BELL, | Chapter 13 |
| Debtor. | OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF |
| | Confirmation Hearing - <br> Date : January 12, 2011 <br> Time : 1:30 p.m. <br> Place: U.S. Bankruptcy Court <br>     99 South E Street <br>     Santa Rosa, CA |

CarMax Auto Finance, secured creditor in the above-entitled Bankruptcy proceeding, its assignees and/or successors in interest, hereby submits the following objections to the confirmation of that certain Chapter 13 Plan (the "Plan") proposed by Debtor:

<u>OBJECTIONS TIMELY FILED</u>

The proposed Plan has not been confirmed, therefore secured creditor hereby timely files said objection pursuant to, or in accordance with Bankruptcy Rule 3015(f). See <u>In</u>

1

<u>Re Ryan</u>, 160 BR 494 (Bkrtcy N.D.N.Y. 1993).

## FAILURE TO PROPERLY VALUE

Secured Creditor objects to the valuation of the subject Vehicle because the proposed Chapter 13 Plan values the Vehicle at $4,875.00. According to the Kelley Blue Book, dated November 22, 2010 (Market Report) the actual suggested retail value of the collateral is $7,395.00 (see **Exhibit "A"**, attached hereto and made a part hereof. <u>See</u>, <u>In re Rash</u>, 520 U.S. 953 (1997), 117 S.Ct. 1879 (1997), 138 L.Ed.2d 148 (1997) (In sum, under '506(a), the value of property retained because the debtor has exercised the '1325(a)(5)(B) "cram down" option is the cost the debtor would incur to obtain a like asset for the same "proposed ... use".)

## CONCLUSION

Any Chapter 13 Plan proposed by Debtor must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by Debtor, be denied.

WHEREFORE, secured creditor prays as follows:

(1) That confirmation of the proposed Chapter 13 Plan be denied.

(2) For attorneys' fees and costs incurred herein.

(3) For dismissal of the Chapter 13 proceeding with a 180 day bar to refiling.

(4) For such other relief as this Court deems proper.

Dated: November 24, 2010        Prober & Raphael, A Law Corporation

By   /s/ Dean R. Prober, Esquire
   DEAN R. PROBER, ESQUIRE, #106207
Attorney for Secured Creditor
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.179-1544

2
Case: 10-14159    Doc# 14    Filed: 11/30/10    Entered: 11/30/10 10:42:21    Page 2 of 3

# SPECIAL NOTICE

**THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FEDERAL FAIR DEBT COLLECTIONS ACT APPLIES TO THIS COMMUNICATION.**

The following statement provides you with notice of certain rights which you may have by law. <u>Nothing in this statement modifies or changes the hearing date or response time specified in the attached documents</u> or your need to take legal action to protect your rights in this matter. No provision of the following statement modifies or removes your need to comply with local rules concerning the attached documents.

## CONSUMER DISCLOSURE

This communication is made in an attempt to collect on a debt or judgment and any information obtained will be used for that purpose. Please be advised that if you notify CarMax Auto Finance's attorneys in writing within 30 days that all or a part of your obligation or judgment to CarMax Auto Finance is disputed, then CarMax Auto Finance's attorneys will mail to you a written verification of the obligations or judgment and the amounts owed to CarMax Auto Finance. In addition and upon your written request within 30 days, you will be provided with the name and address of the original creditor, if different from the current creditor.