DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>   LEE ALAN BELL<br>   27181 ORIOLE DR<br>   WILLITS, CA 95490<br><br>   ###-##-3432<br>               Debtor(s). | Case No.: 10-1-4159AJ13<br>Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date:	12/14/2010
Time:	9:00 AM
Place:	Office of the United States Trustee
	777 Sonoma Ave., First Floor, #116
	Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date:	1/12/2011
Time:	1:30 PM
Place:	United States Bankruptcy Court
	99 South E Street
	Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Debtor has been sent the Chapter Thirteen Business Questionnaire on November 24, 2010 to complete. Debtor's response is due by December 8, 2010.

2. Schedule I reflects the age of Debtor's son as 0.  The Trustee requests clarification and an amended Schedule I that reflects the son's actual age.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case,  Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: December 7, 2010	DAVID BURCHARD_____
	DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, WENDY KARNES, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| LEE ALAN BELL<br>27181 ORIOLE DR<br>WILLITS, CA 95490 | DANIEL B. BECK<br>BECK LAW, P.C.<br>2681 CLEVELAND AVE.<br>SANTA ROSA, CA 95403 |

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104

Dated:  December 7, 2010                              WENDY KARNES_____
                                                                                  WENDY KARNES (NSJ)

Case: 10-14159   Doc# 15   Filed: 12/07/10   Entered: 12/07/10 13:17:16   Page 2 of 2