DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re:  
   LEE ALAN BELL  
   27181 ORIOLE DR  
   WILLITS, CA 95490  

   ###-##-3432  
            Debtor(s).

Case No.: 10-1-4159AJ13  
Chapter 13

*SECOND AMENDED* NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. The Franchise Tax Board is not scheduled, however, said creditor has filed two proofs of claims that reflect secured debt totaling $13,171.30. Additionally, one of the claims lists a priority debt in the amount of $542.59. The Trustee requests that Debtor's counsel amend the plan, and appropriate schedules, and provide treatment to these claims, or, in the alternative, file an objection to said claims.

2. At the Confirmation Hearing on February 23, 2011, Debtor's counsel informed the Trustee that Debtor is currently in negotiations to modify a loan. The Trustee requests that said loan modification is resolved prior to confirmation, or, the mortgage loan be current by payment or stipulation.

3. The Debtor's plan does not meet the requirements of 11 U.S.C.§1322(d), as the plan payment is insufficient to pay all priority and administrative claims, and therefore, the plan is not feasible. The plan does not indicate pre-petition arrearages are due to Chase, however, said creditor has filed a secured proof of claim, which lists arrearages in the amount of $59,618.04. The Trustee requests that Debtor's counsel amend the plan to provide for these arrearages, or, in the alternative, file an objection to said claim.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case,  Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated:  March 23, 2011                            DAVID BURCHARD_____  
                                                                         DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, DENIZ BRIDGMAN, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| LEE ALAN BELL<br>27181 ORIOLE DR<br>WILLITS, CA 95490 | DANIEL B. BECK<br>BECK LAW, P.C.<br>2681 CLEVELAND AVE.<br>SANTA ROSA, CA 95403 |

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Dated: March 23, 2011                    DENIZ BRIDGMAN
                                          DENIZ BRIDGMAN