CASPER J. RANKIN (CA SBN 249196)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: crankin@piteduncan.com

Signed: June 16, 2011

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

Attorneys for Creditor Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-11

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>LEE ALAN BELL ,<br><br><br>Debtor. | Case No. 10-14159<br><br>Chapter 13<br><br>**ORDER ON STIPULATION RE: LOAN MODIFICATION AGREEMENT** |

The parties having agreed to the terms set forth in the Stipulation Re: Loan Modification Agreement are bound by the terms of their stipulation. The Stipulation Re: Loan Modification Agreement, docket entry number 26, is hereby approved and made an order of the court.

**END OF ORDER**