Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
Melissa Vermillion, Esquire #241354
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
C.179-1544
Attorneys for Objecting Secured Creditor CarMax Auto Finance

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 10-14159-AJ-13 |
| LEE ALAN BELL, | Chapter 13 |
| Debtor. | |
| | REQUEST FOR WITHDRAWAL OF OBJECTIONS TO DEBTOR'S PROPOSED CHAPTER 13 PLAN |
| | Confirmation Hearing - |
| | Date : January 12, 2011 |
| | Time : 1:30 p.m. |
| | Place: U.S. Bankruptcy Court |
| | 99 South E Street |
| | Santa Rosa, CA |

TO DEBTOR, HIS COUNSEL, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that CarMax Auto Finance, its assignees and/or successors in interest, Secured Creditor, hereby withdraws its Objections to Proposed Chapter

1

| | |
|---|---|
| 1 | 13 Plan and Confirmation Thereof, without prejudice in the above-entitled bankruptcy case. |
| 2 | Dated: July 9, 2011        Prober & Raphael, A Law Corporation |

Dated: July 9, 2011        Prober & Raphael, A Law Corporation

By   /s/ Lee S. Raphael, Esquire
   LEE S. RAPHAEL, ESQUIRE, #180030
Attorney for Secured Creditor
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.179-1544

# SPECIAL NOTICE

**THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FEDERAL FAIR DEBT COLLECTIONS ACT APPLIES TO THIS COMMUNICATION.**

The following statement provides you with notice of certain rights which you may have by law. <u>Nothing in this statement modifies or changes the hearing date or response time specified in the attached documents</u> or your need to take legal action to protect your rights in this matter. No provision of the following statement modifies or removes your need to comply with local rules concerning the attached documents.

## CONSUMER DISCLOSURE

This communication is made in an attempt to collect on a debt or judgment and any information obtained will be used for that purpose. Please be advised that if you notify CarMax Auto Finance's attorneys in writing within 30 days that all or a part of your obligation or judgment to CarMax Auto Finance is disputed, then CarMax Auto Finance's attorneys will mail to you a written verification of the obligations or judgment and the amounts owed to CarMax Auto Finance. In addition and upon your written request within 30 days, you will be provided with the name and address of the original creditor, if different from the current creditor.